**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6981

DARRELL L. GOSS,

Plaintiff - Appellant,

v.

RYSHEMA DAVIS, Nutritionist; MR. GORE, Food Service Director; BETTY SMITH, Food Service Branch Chief,

Defendants - Appellees.

and

ANN SHEPPARD, Associate Warden; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Henry M. Herlong, Jr., Senior District Judge.  (2:21-cv-00558-HMH)

Submitted:  March 21, 2023                    Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrell L. Goss, Appellant Pro Se.   Christopher Thomas Dorsel, BRINGARDNER INJURY LAW FIRM, Charleston, South Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss appeals the district court's orders adopting the recommendation of the magistrate judge, granting summary judgment to Defendants in his 42 U.S.C. § 1983 civil rights action, and denying his request for injunctive relief, and denying his motions for reconsideration and to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goss v. Davis*, No. 2:21-cv-00558-HMH (D.S.C. July 28, Aug. 2 & Aug. 12, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*